In re Shell Oil Co.; Shell Offshore Inc.; SWEPILP; Kerr-McGee Oil & Gas Corp.; Atofina Petrochemicals Inc.; Amerada Hess Corp.; Chevron USA Inc.; Texaco Inc.; Amoco Production Co.; n/k/a BP American Production Co.l; Arco Oil & Gas Co.; BP Exploration Inc.; n/k/a BP Exploration & Oil Inc.; EOG Resources Inc.; Louisiana Land & Exploration Co.; Marathon Oil Co.; Union Oil Co. of CA; Conoco Phillips Company; OXY USA Inc.; Placid Oil Co.; Sexton -Oil & Minerals Corp.; Exxon Mobil Corp.; Superior Oil Co. Inc.; — Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. N, No. 2001-12081; to the Court of Appeal, Fourth Circuit, No(s). 2004-C-0060, 2004-C-0096, 2004-C-0097, 2004-C-0099.
Denied.
VICTORY, J., would grant the writ.